*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| L.C. HARMON,<br><br>Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>Respondent. | No. C 07-1576 RMW (PR)<br><br>[========] ORDER |

This Court considered Respondent's Request for a Two-Week Extension of Time to File an Answer, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for a Two-Week Extension of Time is **GRANTED**. Respondent shall file an Answer no later than February 22, 2010. If Petitioner chooses, he shall file and serve a traverse within thirty days of receiving the Answer.

Dated:   3/23/10

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

1