*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| L.C. HARMON,<br><br>    Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | No. C 07-1576 RMW (PR)<br><br>========= **ORDER** |

  This Court considered Respondent's Request for a One-Week Extension of Time to File an Answer, and good cause appearing,

  IT IS HEREBY ORDERED that Respondent's Request for a One-Week Extension of Time is **GRANTED**. Respondent shall file an answer no later than March 1, 2010. If Petitioner chooses, he shall file and serve a traverse within thirty days of receiving the answer.

Dated:  3/23/10

*/s/ Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

1

======= Order (C 07-1576 RMW (PR))